988

No. 1265. McGuire et al. *v.* Humble Oil & Refining Co. C. A. 2d Cir. Certiorari denied. *Samuel J. Cohen* for petitioners. *John H. Morse* for respondent.

No. 1310. Miller, Trustee *v.* City of Bakersfield. Sup. Ct. Cal. Certiorari denied. *Joseph J. Karlin* for petitioner. *Kenneth W. Hoagland, Charles S. Rhyne, Brice W. Rhyne* and *Alfred J. Tighe, Jr.,* for respondent.

No. 1317. Bender *v.* Orange Land Co. Super. Ct. N. J. Certiorari denied. *John S. Bender,* petitioner, *pro se. A. Nathan Cowen* for respondent.

No. 1221. Markarian *v.* Commissioner of Internal Revenue. C. A. 7th Cir. Motion for leave to file supplement to petition granted. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Rogovin* and *Melva M. Graney* for respondent.

No. 1246. Grimes, Sheriff *v.* Tolg. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Arthur K. Bolton,* Attorney General of Georgia, *Alfred L. Evans, Jr.,* Assistant Attorney General, *Lewis R. Slayton, Jr.,* Solicitor General, and *J. Robert Sparks,* Assistant Solicitor General, for petitioner. *Jack Greenberg, James M. Nabrit III* and *Donald L. Hollowell* for respondent.

No. 1281. Costello, Executor *v.* O'Brien. Sup. Ct. R. I. Motion to dispense with printing respondent's brief granted. Certiorari denied. *Francis R. Foley* for petitioner.